IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FELIPA L. PARGAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. EP-18-CV-0030 |
| | § | |
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

COMES NOW Defendant El Paso Independent School District, and files this Notice of Settlement, and would respectfully show the Court as follows:

1. The parties have reached an agreement to resolve the above case. The parties are presently in the process of documenting the terms of their settlement agreement and anticipate that all settlement documents will be exchanged and executed no later than 30 days from today's date.

WHEREFORE, PREMISES CONSIDERED, Defendant El Paso Independent School District notifies the Court of the resolution of this case.

1370958

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN, P.C.**
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79999
Phone: (915) 532-2000
Facsimile: (915) 541-1597
koehler@mgmsg.com
perez@mgmsg.com


By: ___/s/ Bruce A. Koehler_____
    **Bruce A. Koehler**
    State Bar No. 11649300
    **Monica L. Perez**
    State Bar No. 24083661

Attorneys for Defendant El Paso
Independent School District


## CERTIFICATE OF SERVICE

    I, Bruce A. Koehler, certify on this the 6th day of July, 2018, that I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following attorneys of record for Plaintiff: Jeffery W. McElroy (jeff@dvmlawyers.com) and John P. Valdez (john@dvmlawyers.com), Davie, Valdez & McElroy, P.C., 1801 N. Stanton, El Paso, Texas 79902.


    ___/s/ Bruce A. Koehler_____
    **Bruce A. Koehler**

2