IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| CONCEPCION VELASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. PE:16-CV-00063-DC |
| | § | |
| KARANJIT SINGH d/b/a | § | |
| SAHIB TRUCKING, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS**

COME NOW Plaintiff CONCEPCION VELASQUEZ and Defendant KARANJIT SINGH d/b/a SAHIB TRUCKING, and file this Joint Motion for Extension of Time to File Settlement Documents.

**I.**

This Court in its Order regarding settlement documents and cancelling final pretrial hearing (Doc. 37) required "the parties to file their settlement documents on or before Thursday, August 9, 2018." However, the parties are awaiting the settlement checks as it took time in order to determine information regarding an existing Medicaid lien and the amount required to pay such lien. Information regarding the lien has been provided and the checks are in process.

**II.**

The parties request an additional three weeks until Thursday, August 30, 2018, in which to file their settlement documents.

Respectfully submitted,

**CRAFT LAW FIRM, P.C.**
2727 Allen Parkway, Suite 1150
Houston, TX 77019
(713) 225-0500
Fax No. (713) 225-0566
hcraft@craftlawfirm.com
mherring@craftlawfirm.com


By: */s/ Mason W. Herring (with permission)*
      **J. Hunter Craft**
      State Bar No. 24012466
      **Mason W. Herring**
      State Bar No. 24071746

Attorneys for Plaintiff

- and –

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, TX  79999-1977
(915) 532-2000
Fax No. (915) 541-1548
green@mgmsg.com
koehler@mgmsg.com


By:     */s/ Bruce A. Koehler*
      **Carl H. Green**
      State Bar No. 08347330
      **Bruce A. Koehler**
      State Bar No. 11649300

Attorneys for Defendant

14302-120/BAK/1376705