IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| CONCEPCION VELASQUEZ | § | CIVIL ACTION NO. 4:16-cv-63 |
| | § | |
| VS. | § | |
| | § | |
| KARANJIT SINGH | § | |
| D/B/A SAHIAB TRUCKING | § | |

**PLAINTIFF'S WITHDRAW OF HIS MOTION TO REINSTATE CASE FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT, MOTION TO ENFORCE SETTLEMENT AGREEMENT, AND MOTION FOR SANCTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Concepcion Velasquez files Plaintiff's Withdraw of his Motion to Reinstate Case for Purposes of Enforcing the Settlement Agreement, Motion to Enforce Settlement Agreement, and Motion For Sanctions, would respectfully show the following:

**I.
NOTICE**

1.1     All issues in Plaintiff's original motion have been resolved without the necessity of Court intervention and as such Plaintiff withdraws his motion.

Plaintiff's Withdraw of his Motion to Reinstate Case for Purposes of Enforcing the Settlement Agreement, Motion to Enforce Settlement Agreement, and Motion for Sanctions

Page 1 of 3

**CRAFT LAW FIRM, P.C.**

By: /s/ *Mason W. Herring*
**J. Hunter Craft**
Attorney-in-Charge
State Bar No. 24012466
**Mason W. Herring**
State Bar No. 24071746
2727 Allen Parkway, Suite 1150
Houston, Texas 77019
Telephone: 713.225.0500
Telefax: 713.225.0566
Email: hcraft@craftlawfirm.com
Email: mherring@craftlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Withdraw of his Motion to Reinstate Case for Purposes of Enforcing the Settlement Agreement, Motion to Enforce Settlement Agreement, and Motion for Sanctions

Page 2 of 3

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on the below counsel via CM/ECF.

Bruce A. Koehler
MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN
P.O. Box 1977
El Paso, TX 79999-1548

> */s/Mason W. Herring*
> **Mason W. Herring**

Plaintiff's Withdraw of his Motion to Reinstate Case for Purposes of Enforcing the Settlement Agreement, Motion to Enforce Settlement Agreement, and Motion for Sanctions

Page 3 of 3